## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 3:14-BK-04100-PMG |
| | § | |
| JOHN DANIEL NORTHRUP | § | |
| KATHRYN MARIE NORTHRUP | § | |
| | § | |
| Debtors | § | |

### TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 08/22/2014. The undersigned trustee was appointed on 08/22/2014.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $3,000.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---|
   | Payments made under an interim distribution | $0.00 |
   | Administrative expenses | $2.56 |
   | Bank service fees | $26.55 |
   | Other Payments to creditors | $0.00 |
   | Non-estate funds paid to 3rd Parties | $0.00 |
   | Exemptions paid to the debtor | $0.00 |
   | Other payments to the debtor | $0.00 |
   | Leaving a balance on hand of[1] | $2,970.89 |

   The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011)

6.  The deadline for filing non-governmental claims in this case was 03/05/2015 and the deadline for filing government claims was 02/18/2015. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $750.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

    The trustee has received $0.00 as interim compensation and now requests the sum of $750.00, for a total compensation of $750.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $85.59, for total expenses of $85.59.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/20/2015                    By:    /s/ Aaron R. Cohen
                                           _____
                                           Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011)

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:    1                    Exhibit A

| Case No.: | 14-04100-PMG | Trustee Name: | Aaron R. Cohen |
|---|---|---|---|
| Case Name: | NORTHRUP, JOHN DANIEL AND NORTHRUP, KATHRYN MARIE | Date Filed (f) or Converted (c): | 08/22/2014 (f) |
| For the Period Ending: | 8/20/2015 | §341(a) Meeting Date: | 10/07/2014 |
| | | Claims Bar Date: | 03/05/2015 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | | |
| 1 | 4291 Country Rd 138, Wildwood FL; single family mobile home secured to land | $28,330.00 | $0.00 | OA | $0.00 | FA |
| 2 | BB&T checking acct: xxxx5550 | $0.00 | $0.00 | | $0.00 | FA |
| 3 | Household goods & furniture | $1,139.00 | $0.00 | | $0.00 | FA |
| 4 | Assorted books and CD's | $10.00 | $0.00 | | $0.00 | FA |
| 5 | Everyday clothing and accessories | $150.00 | $0.00 | | $0.00 | FA |
| 6 | Wedding band | $50.00 | $0.00 | | $0.00 | FA |
| 7 | 2007 Cadillac SRX4, VIN: 1GYEE637370169954; Mileage: 68,000 (valuation by www.nadaguides.com) | $10,750.00 | $0.00 | OA | $0.00 | FA |
| 8 | 2002 Grand Cherokee Jeep Laredo 4DR, VIN: 1J8GW48S92C250647, Mileage: 120,000; (valuation by www.nadaguides.com) (jointly titled with spouse and son) | $2,900.00 | $1,500.00 | | $1,500.00 | FA |
| 9 | 2002 Ford, VIN: 1FMZU65W42ZA34917 | $500.00 | $750.00 | | $750.00 | FA |
| 10 | 2003 Chevy, VIN: 2GCEK19T431112571 | $500.00 | $750.00 | | $750.00 | FA |
| 11 | Vacuum [$50], and computer [$75] | $125.00 | $0.00 | | $0.00 | FA |

| TOTALS (Excluding unknown value) | | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| | | $44,454.00 | $3,000.00 | | $3,000.00 | $0.00 |

**Major Activities affecting case closing:**

| 08/20/2015 | WITHDRAWAL OF OBJECTION TO EXEMPTIONS |
|---|---|
| 07/06/2015 | WITHDRAWAL OF OBJECTION TO CLAIM 4-1 |
| 06/01/2015 | OBJECTION TO CLAIM 4-1 |
| 04/20/2015 | CLAIMS TO TRUSTEE TO REVIEW |
| 03/14/2015 | APPLICATION FOR COMPENSATION FILED EUGENE JOHNSON |
| 03/11/2015 | ORDER GRANTING MOTION TO APPROVE COMPROMISE |
| 03/09/2015 | MOTION TO APPROVE COMPROMISE |
| 02/02/2015 | NOTICE OF ABANDONMENT |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No:   2          Exhibit A

| | |
|---|---|
| Case No.: | 14-04100-PMG |
| Case Name: | NORTHRUP, JOHN DANIEL AND NORTHRUP, KATHRYN MARIE |
| For the Period Ending: | 8/20/2015 |

| | |
|---|---|
| Trustee Name: | Aaron R. Cohen |
| Date Filed (f) or Converted (c): | 08/22/2014 (f) |
| §341(a) Meeting Date: | 10/07/2014 |
| Claims Bar Date: | 03/05/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| | |
|---|---|
| 01/14/2015 | NOTICE OF INTENT TO COMPROMISE - DEBTORS WILL PAY ESTATE $3,000 (FUNDS RECEIVED), TRUSTEE WILL WITHDRAW OBJECTION TO EXEMPTIONS AFTER ORDER APPROVING THIS COMPROMISE BECOMING FINAL AND NON-APPEALABLE |
| 01/09/2015 | FOLLOW UP EMAIL TO ATTORNEY SIMMS REGARDING STATUS OF SIGNED COMPROMISE |
| 12/16/2014 | PROPOSED NOTICE OF COMPROMISE TO DEBTORS' ATTORNEY |
| 11/18/2014 | NOTICE OF HEARING SE FOR 12/17 |
| 11/13/2014 | OBJECTION TO AMENDED CLAIM OF EXEMPTIONS |
| 11/12/2014 | ORDER APPROVING APPLICATION TO EMPLOY EUGENE JOHNSON AS SPECIAL ATTORNEY |
| 11/10/2014 | APPLICATION TO EMPLOY EUGENE JOHNSON AS SPECIAL ATTORNEY |
| 11/08/2014 | AMENDED SCHEDULE C FILED |
| 11/07/2014 | OBJECTION TO DEBTORS' CLAIM OF EXEMPTIONS - DEBTORS APPEAR ON NUMEROUS TITLES AND ATTEMPT TO CLAIM VEHICLES ARE EQUITABLY OWNED BY THIRD PARTIES & DEBTORS ATTEMPT TO SPREAD 222.25(1) OVER MULTIPLE VEHICLES |

**Initial Projected Date Of Final Report (TFR):**   05/15/2015          **Current Projected Date Of Final Report (TFR):**   07/15/2015

/s/ AARON R. COHEN

AARON R. COHEN

Exhibit B

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 14-04100-PMG | | Trustee Name: | Aaron R. Cohen |
|---|---|---|---|---|
| Case Name: | NORTHRUP, JOHN DANIEL AND NORTHRUP, KATHRYN MARIE | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***9145 | | Checking Acct #: | ******0001 |
| Co-Debtor Taxpayer ID #: | **-***9146 | | Account Title: | dda |
| For Period Beginning: | 8/22/2014 | | Blanket bond (per case limit): | $35,986,568.00 |
| For Period Ending: | 8/20/2015 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | Uniform Tran Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | | Deposit $ | Disbursement $ | Balance |
| 12/30/2014 | | KATHRYN NORTHRUP | SETTLEMENT, PAYMENT PER 1/14/15 NOTICE OF INTENT TO COMPROMISE | | * | $1,000.00 | | $1,000.00 |
| | {8} | | | $350.00 | 1129-000 | | | $1,000.00 |
| | {9} | | | $350.00 | 1129-000 | | | $1,000.00 |
| | {10} | | | $300.00 | 1129-000 | | | $1,000.00 |
| 12/30/2014 | | KATHRYN NORTHRUP | SETTLEMENT, PAYMENT PER 1/14/15 NOTICE OF INTENT TO COMPROMISE | | * | $500.00 | | $1,500.00 |
| | {8} | | | $150.00 | 1129-000 | | | $1,500.00 |
| | {9} | | | $200.00 | 1129-000 | | | $1,500.00 |
| | {10} | | | $150.00 | 1129-000 | | | $1,500.00 |
| 01/16/2015 | | KATHRYN NORTHRUP | SETTLEMENT, PAYMENT PER 1/14/15 NOTICE OF INTENT TO COMPROMISE | | * | $1,000.00 | | $2,500.00 |
| | {10} | | | $300.00 | 1129-000 | | | $2,500.00 |
| | {9} | | | $200.00 | 1129-000 | | | $2,500.00 |
| | {8} | | | $500.00 | 1129-000 | | | $2,500.00 |
| 01/16/2015 | (8) | KATHRYN NORTHRUP | SETTLEMENT, PAYMENT PER 1/14/15 NOTICE OF INTENT TO COMPROMISE | | 1129-000 | $500.00 | | $3,000.00 |
| 01/30/2015 | | Green Bank | Bank Service Fee | | 2600-000 | | $3.43 | $2,996.57 |
| 02/03/2015 | 3001 | INTERNATIONAL SURETIES | Bond Payment | | 2300-000 | | $4.58 | $2,991.99 |
| 02/27/2015 | | Green Bank | Bank Service Fee | | 2600-000 | | $4.36 | $2,987.63 |
| 03/13/2015 | | INTERNATIONAL SURETIES | Refund on Check# 3001 | | 2300-002 | | ($2.02) | $2,989.65 |
| 03/31/2015 | | Green Bank | Bank Service Fee | | 2600-000 | | $4.66 | $2,984.99 |
| 04/30/2015 | | Green Bank | Bank Service Fee | | 2600-000 | | $4.66 | $2,980.33 |
| 05/29/2015 | | Green Bank | Bank Service Fee | | 2600-000 | | $4.80 | $2,975.53 |
| 06/30/2015 | | Green Bank | Bank Service Fee | | 2600-000 | | $4.64 | $2,970.89 |
| 07/31/2015 | | Green Bank | Bank Service Fee | | 2600-000 | | $5.10 | $2,965.79 |
| 08/03/2015 | | Green Bank | Reverse Bank Fee | | 2600-000 | | ($5.10) | $2,970.89 |
| | | | **SUBTOTALS** | | | $3,000.00 | $29.11 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 14-04100-PMG | | Trustee Name: | Aaron R. Cohen |
|---|---|---|---|---|
| Case Name: | NORTHRUP, JOHN DANIEL AND NORTHRUP, KATHRYN MARIE | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***9145 | | Checking Acct #: | ******0001 |
| Co-Debtor Taxpayer ID #: | **-***9146 | | Account Title: | dda |
| For Period Beginning: | 8/22/2014 | | Blanket bond (per case limit): | $35,986,568.00 |
| For Period Ending: | 8/20/2015 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $3,000.00 | $29.11 | $2,970.89 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $3,000.00 | $29.11 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $3,000.00 | $29.11 | |

| For the period of 8/22/2014 to 8/20/2015 | | For the entire history of the account between 12/30/2014 to 8/20/2015 | |
|---|---|---|---|
| Total Compensable Receipts: | $3,000.00 | Total Compensable Receipts: | $3,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,000.00 | Total Comp/Non Comp Receipts: | $3,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $29.11 | Total Compensable Disbursements: | $29.11 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $29.11 | Total Comp/Non Comp Disbursements: | $29.11 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No. | 14-04100-PMG | | Trustee Name: | Aaron R. Cohen |
| Case Name: | NORTHRUP, JOHN DANIEL AND NORTHRUP, KATHRYN MARIE | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***9145 | | Checking Acct #: | ******0001 |
| Co-Debtor Taxpayer ID #: | **-***9146 | | Account Title: | dda |
| For Period Beginning: | 8/22/2014 | | Blanket bond (per case limit): | $35,986,568.00 |
| For Period Ending: | 8/20/2015 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Deposit $ | Disbursement $ | Balance |

| | | | | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|---|---|
| | | TOTAL - ALL ACCOUNTS | | $3,000.00 | $29.11 | $2,970.89 |

| For the period of 8/22/2014 to 8/20/2015 | | For the entire history of the case between 08/22/2014 to 8/20/2015 | |
|---|---|---|---|
| Total Compensable Receipts: | $3,000.00 | Total Compensable Receipts: | $3,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,000.00 | Total Comp/Non Comp Receipts: | $3,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $29.11 | Total Compensable Disbursements: | $29.11 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $29.11 | Total Comp/Non Comp Disbursements: | $29.11 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ AARON R. COHEN

AARON R. COHEN

CLAIM ANALYSIS REPORT

| Case No. | 14-04100-PMG | | | | | | | Trustee Name: | Aaron R. Cohen | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Case Name: | NORTHRUP, JOHN DANIEL AND NORTHRUP, KATHRYN MARIE | | | | | | | Date: | 8/20/2015 | | |
| Claims Bar Date: | 03/05/2015 | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | AARON R. COHEN P.O. Box 4218 Phone 904-389-7277 Jacksonville FL 32201 | 07/26/2015 | TRUSTEE COMPENSATION | Allowed | 2100-000 | $0.00 | $750.00 | $750.00 | $0.00 | $0.00 | $0.00 | $750.00 |
| | AARON R. COHEN | 07/26/2015 | TRUSTEE EXPENSES | Allowed | 2200-000 | $0.00 | $85.59 | $85.59 | $0.00 | $0.00 | $0.00 | $85.59 |
| | EUGENE H. JOHNSON | 07/26/2015 | SPECIAL ATTY EXPENSES | Allowed | 3220-000 | $0.00 | $46.20 | $46.20 | $0.00 | $0.00 | $0.00 | $46.20 |
| **Claim Notes:** | ATTORNEY EXPENSES, DOCKET # 39 | | | | | | | | | | | |
| | EUGENE H. JOHNSON | 07/26/2015 | SPECIAL ATTY FEES | Allowed | 3210-000 | $0.00 | $1,290.00 | $1,290.00 | $0.00 | $0.00 | $0.00 | $1,290.00 |
| **Claim Notes:** | ATTORNEY FEES, DOCKET # 39 | | | | | | | | | | | |
| 1 | CAPITAL ONE BANK (USA), N.A. PO Box 71083 Charlotte NC 28272-1083 | 12/22/2014 | UNSECURED CLAIMS | Allowed | 7100-000 | $0.00 | $2,190.14 | $2,190.14 | $0.00 | $0.00 | $0.00 | $2,190.14 |
| 2 | CAPITAL ONE, N.A. PO Box 71083 Charlotte NC 28272-1083 | 12/22/2014 | UNSECURED CLAIMS | Allowed | 7100-000 | $0.00 | $1,697.19 | $1,697.19 | $0.00 | $0.00 | $0.00 | $1,697.19 |
| 3 | CAPITAL ONE BANK (USA), N.A. PO Box 71083 Charlotte NC 28272-1083 | 12/22/2014 | UNSECURED CLAIMS | Allowed | 7100-000 | $0.00 | $1,161.00 | $1,161.00 | $0.00 | $0.00 | $0.00 | $1,161.00 |
| 4 | CAMPUS USA 1900 Sw 34th Street Gainesville FL 32608-1202 | 12/31/2014 | UNSECURED CLAIMS | Allowed | 7100-000 | $0.00 | $9,916.77 | $9,916.77 | $0.00 | $0.00 | $0.00 | $9,916.77 |
| 5 | CAPITAL ONE, N.A. c o Becket and Lee LLP POB 3001 Malvern PA 19355-0701 | 12/31/2014 | UNSECURED CLAIMS | Allowed | 7100-000 | $0.00 | $1,511.59 | $1,511.59 | $0.00 | $0.00 | $0.00 | $1,511.59 |

**CLAIM ANALYSIS REPORT**

| | | | | | |
|---|---|---|---|---|---|
| Case No. | 14-04100-PMG | | | Trustee Name: | Aaron R. Cohen |
| Case Name: | NORTHRUP, JOHN DANIEL AND NORTHRUP, KATHRYN MARIE | | | Date: | 8/20/2015 |
| Claims Bar Date: | 03/05/2015 | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | ARMY & AIR FORCE EXCHANGE SERVICES Bass & Associates, P.C. 3936 E Ft Lowell Rd Suite 200 Tucson AZ 85712 | 01/26/2015 | UNSECURED CLAIMS | Allowed | 7100-000 | $0.00 | $6,212.74 | $6,212.74 | $0.00 | $0.00 | $0.00 | $6,212.74 |
| 7 | HC PROCESSING CENTER PO Box 829 Springdale AR 72765 | 01/26/2015 | UNSECURED CLAIMS | Allowed | 7100-000 | $0.00 | $145.17 | $145.17 | $0.00 | $0.00 | $0.00 | $145.17 |
| 8 | MERRICK BANK c/o Resurgent Capital Services Po Box 10368 Greenville SC 29603-0368 | 01/30/2015 | UNSECURED CLAIMS | Allowed | 7100-000 | $0.00 | $1,098.53 | $1,098.53 | $0.00 | $0.00 | $0.00 | $1,098.53 |
| 9 | CREDIT FIRST NA PO Box 818011 Cleveland OH 44181 | 02/13/2015 | UNSECURED CLAIMS | Allowed | 7100-000 | $0.00 | $495.32 | $495.32 | $0.00 | $0.00 | $0.00 | $495.32 |
| 10 | CAPITAL RECOVERY V, LLC c/o Recovery Management Systems Corporat 25 SE 2nd Avenue Suite 1120 Miami FL 33131-1605 | 02/22/2015 | UNSECURED CLAIMS | Allowed | 7100-000 | $0.00 | $408.22 | $408.22 | $0.00 | $0.00 | $0.00 | $408.22 |
| 11 | CAPITAL RECOVERY V, LLC c/o Recovery Management Systems Corporat 25 SE 2nd Avenue Suite 1120 Miami FL 33131-1605 | 02/22/2015 | UNSECURED CLAIMS | Allowed | 7100-000 | $0.00 | $175.84 | $175.84 | $0.00 | $0.00 | $0.00 | $175.84 |
| 12 | CAPITAL RECOVERY V, LLC c/o Recovery Management Systems Corporat 25 SE 2nd Avenue Suite 1120 Miami FL 33131-1605 | 02/22/2015 | UNSECURED CLAIMS | Allowed | 7100-000 | $0.00 | $1,124.85 | $1,124.85 | $0.00 | $0.00 | $0.00 | $1,124.85 |

CLAIM ANALYSIS REPORT

Exhibit C

| Case No.: | 14-04100-PMG | | Trustee Name: | Aaron R. Cohen |
| Case Name: | NORTHRUP, JOHN DANIEL AND NORTHRUP, KATHRYN MARIE | | Date: | 8/20/2015 |
| Claims Bar Date: | 03/05/2015 | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 13 | PYOD LLC ITS SUCCESSORS AND ASSIGNS c/o Resurgent Capital Services PO Box 19008 Greenville SC 29602 | 02/27/2015 | UNSECURED CLAIMS | Allowed | 7100-000 | $0.00 | $1,794.35 | $1,794.35 | $0.00 | $0.00 | $0.00 | $1,794.35 |
| | | | | | | | $30,103.50 | $30,103.50 | $0.00 | $0.00 | $0.00 | $30,103.50 |

Exhibit C

**CLAIM ANALYSIS REPORT**

| | | | |
|---|---|---|---|
| **Case No.** | <u>14-04100-PMG</u> | **Trustee Name:** | <u>Aaron R. Cohen</u> |
| **Case Name:** | <u>NORTHRUP, JOHN DANIEL AND NORTHRUP, KATHRYN MARIE</u> | **Date:** | <u>8/20/2015</u> |
| **Claims Bar Date:** | <u>03/05/2015</u> | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| SPECIAL ATTY EXPENSES | $46.20 | $46.20 | $0.00 | $0.00 | $0.00 | $46.20 |
| SPECIAL ATTY FEES | $1,290.00 | $1,290.00 | $0.00 | $0.00 | $0.00 | $1,290.00 |
| TRUSTEE COMPENSATION | $750.00 | $750.00 | $0.00 | $0.00 | $0.00 | $750.00 |
| TRUSTEE EXPENSES | $85.59 | $85.59 | $0.00 | $0.00 | $0.00 | $85.59 |
| UNSECURED CLAIMS | $27,931.71 | $27,931.71 | $0.00 | $0.00 | $0.00 | $27,931.71 |

Exhibit D

## TRUSTEE'S PROPOSED DISTRIBUTION

Case No.:        3:14-BK-04100-PMG
Case Name:    JOHN DANIEL NORTHRUP
                       KATHRYN MARIE NORTHRUP
Trustee Name:    Aaron R. Cohen

Balance on hand:                $2,970.89

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:                $0.00
Remaining balance:                $2,970.89

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Aaron R. Cohen, Trustee Fees | $750.00 | $0.00 | $750.00 |
| AARON R. COHEN, Trustee Expenses | $85.59 | $0.00 | $85.59 |
| EUGENE H. JOHNSON, Attorney for Trustee Fees | $1,290.00 | $0.00 | $1,290.00 |
| EUGENE H. JOHNSON, Attorney for Trustee Expenses | $46.20 | $0.00 | $46.20 |

Total to be paid for chapter 7 administrative expenses:                $2,171.79
Remaining balance:                $799.10

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses:                $0.00
Remaining balance:                $799.10

In addition to the expenses of administration listed above as may be allowed by the Court,
priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims: $0.00

Remaining balance: $799.10

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $27,931.71 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. | $2,190.14 | $0.00 | $62.65 |
| 2 | Capital One, N.A. | $1,697.19 | $0.00 | $48.56 |
| 3 | Capital One Bank (USA), N.A. | $1,161.00 | $0.00 | $33.22 |
| 4 | Campus USA | $9,916.77 | $0.00 | $283.71 |
| 5 | Capital One, N.A. | $1,511.59 | $0.00 | $43.25 |
| 6 | Army & Air Force Exchange Services | $6,212.74 | $0.00 | $177.74 |
| 7 | HC Processing Center | $145.17 | $0.00 | $4.15 |
| 8 | Merrick Bank | $1,098.53 | $0.00 | $31.43 |
| 9 | Credit First NA | $495.32 | $0.00 | $14.17 |
| 10 | Capital Recovery V, LLC | $408.22 | $0.00 | $11.68 |
| 11 | Capital Recovery V, LLC | $175.84 | $0.00 | $5.03 |
| 12 | Capital Recovery V, LLC | $1,124.85 | $0.00 | $32.18 |
| 13 | PYOD LLC its successors and assigns | $1,794.35 | $0.00 | $51.33 |

Total to be paid to timely general unsecured claims: $799.10

Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims: $0.00

Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims: _____ $0.00
Remaining balance: _____ $0.00